NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PHILLIP W. COLLINS II, DOC #T01400,    )
                                       )
            Appellant,                 )
                                       )
v.                                     )
                                       )    Case No. 2D18-2210
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____    )

Opinion filed March 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County, Michelle Sisco,
Judge.

Phillip W. Collins II, pro se.

PER CURIAM.

            Affirmed.

NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.